UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-23009-Lenard/Goodman

JAVIER NUNO,

 Plaintiff,

vs.

BRYAN WILLIAMS,

 Defendant.
_____/

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

 Plaintiff, **JAVIER NUNO** ("Plaintiff"), by and through the undersigned counsel, hereby responds to the Court's Order to Show Cause [ECF No. 10]:

 1. This is an action by the Plaintiff for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

 2. Since this case was filed on or about August 11, 2015, Plaintiff has made diligent efforts to locate and serve Defendant.

 3. Plaintiff has engaged two different process service companies in an attempt to effectuate service. Despite these efforts, Defendant has continued to evade service. *See, e.g.*, attached Return of Non-Service.

 4. Defendant is a high-profile individual, who has been sued numerous times before, and who is likely knowledgeable in methods for evading service.

 5. In light of Plaintiff's diligent efforts to date, Plaintiff request that this Court enlarge the time in which Defendant may be served by an additional forty-five (45) days so that Plaintiff can either locate Defendant personally, or effectuate substitute service. Pursuant to Fed. R. Civ. P. 4(m), the Court must enlarge the time to serve a defendant upon a showing of good cause.

6. By reason of the foregoing, Plaintiff respectfully submits that—for good cause shown—his case should not be dismissed for lack of service.

Dated December 18, 2015

Respectfully submitted,

/s/ Anaeli C. Petisco
Anaeli C. Petisco, Esq.
Florida Bar No. 0113376
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**BRYAN WILLIAMS**
**70 Palm Avenue**
**Miami Beach, Florida 33139**

/s/ Anaeli C. Petisco
Anaeli C. Petisco, Esq.
Florida Bar No. 0113376