UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-23009-Lenard/Goodman

JAVIER NUNO,

    Plaintiff,

vs.

BRYAN WILLIAMS,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, JAVIER NUNO, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby files this Notice of Voluntary Dismissal without Prejudice for the above-styled cause of action.

Date: 2/4/16

Respectfully submitted,

Anthony Georges-Pierre, Esquire
agp@rgpattorneys.com
Anaeli C. Petisco, Esquire
apetisco@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
*Attorneys for Plaintiff*